# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel L. Strauss <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 19-12040 JKF |
| Daniel L. Strauss <br> _Debtor(s)_ | |
| Gary F. Seitz Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 Toyota Camry, VIN: 4T1B11HK2JU054794  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  29th   day of  May    , 2019.

_/s/ Jean K. FitzSimon_

United States Bankruptcy Judge.
Jean K. FitzSimon

See attached service list

Daniel L. Strauss
1740 South State Road
Unit D
Upper Darby, PA 19082

Alexander G. Tuttle,, Esq.
Tuttle Legal
2303 North Broad Street, Suite 2
Colmar, PA 18915

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532